**No. 10-9867. Jose L. Macias, Petitioner v. Butch Jackson, Superintendent, Nash Correctional Institution.**

563 U.S. 998, 131 S. Ct. 2466, 179 L. Ed. 2d 1227, 2011 U.S. LEXIS 3724.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 403 Fed. Appx. 851.